THOMAS P. QUINN, JR., SBN: 132268
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

BRIAN. J. OLSON [Pro Hac Vice]
Georgia Bar No: 553054
KING & SPALDING LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309
Tel: (404) 215-5806
Fax: (404) 572-5100
Email: bjolson@KSLAW.com

Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTE A. WILSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, a foreign corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. CV 05-04635 DDP (CTx)<br><br>**JUDGMENT ON VERDICT FOR DEFENDANT**<br><br>Hearing:　May 8, 2007<br>Time:　　9:00 a.m. |

　　　This action came on for jury trial on May 8, 2007, the Honorable Dean D. Pregerson, District Judge, presiding. The issues having been duly tried and the jury having duly rendered its verdict,

///

- 1 –

JUDGMENT ON VERDICT FOR DEFENDANT

1  **IT IS ORDERED AND ADJUDGED** that judgment be entered in favor of
2  defendant Equifax Information Services, LLC ("Equifax") and against plaintiff
3  Celeste A. Wilson on the merits.  Plaintiff Celeste A. Wilson shall recover nothing
4  from Defendant Equifax on her Complaint.  Defendant Equifax Information shall
5  recover its costs of suit from plaintiff Celeste A. Wilson.

8  DATED: February 22, 2008  _____
9  HON. DEAN D. PREGERSON, JUDGE
   UNITED STATES DISTRICT COURT

- 2 –

JUDGMENT ON VERDICT FOR DEFENDANT